TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-06-00657-CR







Brenda Ann Johnson aka Brenda McDonald, Appellant



v.



The State of Texas, Appellee






FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT


NO. 02-727-K26, HONORABLE DONALD LEONARD, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's third motion for extension of time to file brief is granted. Appellant's counsel,
Scott L. Steele, is ordered to tender a brief in this cause no later than August 17, 2007.

It is ordered July 31, 2007.

 


Before Chief Justice Law, Justices Waldrop and Henson

Do Not Publish